UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
MEHDI GABAYZADEH,

                    Petitioner,

                                              ORDER
         -against-                            13-CV-3594(JS)

UNITED STATES OF AMERICA,

                    Respondent.
----------------------------------X
MEHDI GABAYZADEH,

                    Petitioner,

         -against-                            13-CV-3663(JS)

UNITED STATES OF AMERICA,

                    Respondent.
----------------------------------X
APPEARANCES
For Petitioner:     Mehdi Gabayzadeh, pro se
                    #68419-053
                    Cumberland Federal Correctional Institution
                    Inmate Mail/Parcels
                    P.O. Box 1000
                    Cumberland, MD 21501

For Respondent:     James M. Miskiewicz, Esq.
                    United States Attorney's Office
                    Eastern District of New York
                    610 Federal Plaza
                    Central Islip, NY 11722

SEYBERT, District Judge:

         Pending before the Court are two petitions for relief

pursuant to 28 U.S.C. § 2255.  The first petition was filed by

counsel on behalf of Mehdi Gabayzadeh ("Petitioner") on June 24,

2013 as was assigned case number 13-CV-3594 (the "Counseled

Petition").[1]  The second petition was filed by Petitioner <u>pro se</u> on June 27, 2013 and assigned case number 13-CV-3663 (the "<u>Pro Se</u> Petition").  However, according to Second Circuit precedent, "in general, when a § 2255 motion is filed before adjudication of an initial § 2255 is complete, the district court should construe the second § 2255 motion as a motion to amend the pending § 2255 motion."  <u>Ching v. United States</u>, 298 F.3d 174, 177 (2d Cir. 2002).

Accordingly, and on consent of Petitioner, the Court hereby:

1.  Construes the <u>Pro Se</u> Petition as an application to amend the Counseled Petition, and GRANTS that application;

2.  VACATES the pending Order to Show Cause why the Counseled Petition should be granted; and

3.  Directs the Clerk of the Court to docket the <u>Pro Se</u> Petition and Memorandum in Support in case number 13-CV-3594 and to mark case number 13-CV-3663 CLOSED.

The Court will issue a new order to show cause regarding the <u>Pro Se</u> Petition in due course.

The Court notes that the <u>Pro Se</u> Petition completely replaces and supersedes the Counseled Petition and shall be the operative Petition going forward.  Further, all future filings

---

[1] Counsel was granted leave to withdraw at an <u>ex parte</u> conference before the undersigned on July 25, 2013.  Therefore, both Petitions are now technically <u>pro se</u>.

related to the <u>Pro</u> <u>Se</u> Petition shall be docketed in case number 13-CV-3594 only.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:     July 31, 2013
           Central Islip, NY